UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   2:24-cv-08274-DSF-SSC               Date: January 7, 2025

Title   Tyree Raybon Ruffins v. T. Trenda, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
       None Present                                 None Present

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On September 23, 2024, *pro se* Plaintiff Tyree Raybon Ruffins filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF 1.) The Court screened the complaint pursuant to statute and, on November 15, 2024, dismissed the complaint with leave to amend. (ECF 5.) The Court ordered Plaintiff to file a first amended complaint by December 15, 2024. (*Id.* at 5.) The deadline to file a first amended complaint has passed and the court has not received Plaintiff's first amended complaint or any other communication from Plaintiff except for automatic payments toward his filing fee.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:24-cv-08274-DSF-SSC                Date: January 7, 2025

Title      Tyree Raybon Ruffins v. T. Trenda, et al.

    Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by **January 27, 2025**, why this action should not be dismissed for failure to prosecute and/or comply with a court order.  In the event that Plaintiff wishes to voluntarily dismiss this action, he may complete and return the enclosed Notice of Dismissal form, CV-09, by **January 27, 2025**.

    If Plaintiff files a first amended complaint by **January 27, 2025**, this order to show cause will automatically be discharged, and Plaintiff need not respond to it separately.

    Plaintiff is cautioned that failure to timely file a response to this order to show cause, a first amended complaint, or a notice of voluntary dismissal will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.

**IT IS SO ORDERED.**

 

                                                                                                        :

Initials of Preparer     **ts**