UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:24-cv-08274-DSF-SSC　　　　　　Date: March 31, 2025

Title　　Tyree Raybon Ruffins v. T. Trenda, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|  Teagan Snyder  |  n/a  |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**　(IN CHAMBERS) **Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

　　On September 23, 2024, *pro se* Plaintiff Tyree Raybon Ruffins filed a civil rights complaint against two employes of his prison. (ECF 1.) The Court dismissed the complaint with leave to amend (ECF 5), and Plaintiff filed a first amended complaint (ECF 10). On February 7, 2025, the Court dismissed the first amended complaint with leave to amend and allowed Plaintiff until March 10, 2025, to file a second amended complaint. (ECF 11.) The deadline to file the second amended complaint has passed and the Court has not received an amended pleading or any other communication from Plaintiff.

　　Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by **April 21, 2025**, why this action should not be dismissed for

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:24-cv-08274-DSF-SSC                    Date: March 31, 2025

Title   Tyree Raybon Ruffins v. T. Trenda, et al.

failure to prosecute and/or comply with a court order. In the event that Plaintiff wishes to voluntarily dismiss this action, he may complete and return the enclosed Notice of Dismissal form, CV-09, by **April 21, 2025**.

If Plaintiff files a second amended complaint by **April 21, 2025**, this order to show cause will be discharged automatically, and Plaintiff need not respond to it separately.

**Plaintiff is cautioned that failure to file a timely response to this order, second amended complaint, or notice of voluntary dismissal will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

                                                                                :
                                                      Initials of Preparer   **ts**